No. 97–5812. SUTTLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5813. ZARAGOZA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–5814. WASHINGTON v. NEVILLE (three judgments). Ct. App. Mich. Certiorari denied.

No. 97–5815. BENJAMIN v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 3d Cir. Certiorari denied.

No. 97–5820. MAGUIRE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 97–5822. MEDENBACH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5823. JORDAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–5826. GIFFORD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5828. HUOR v. CALIFORNIA; and
No. 97–5849. HENG I v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–5834. GUTIERREZ-SILVA ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5835. HANKINS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–5836. DEPUEW v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5842. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5845. BOTTONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–5851. ROWELL v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 97–5852. RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.